FILED

**NOT FOR PUBLICATION**

FEB 27 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| CLARENCE DAVIS, | No. 12-56345 |
| Plaintiff - Appellant, | D.C. No. 5:10-cv-01159-CBM-RNB |
| v. | |
| CAROL BRADSHAW, Dentist, | MEMORANDUM[*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the Central District of California
Consuelo B. Marshall, District Judge, Presiding

Submitted February 18, 2014[**]

Before: ALARCÓN, O'SCANNLAIN, and FERNANDEZ, Circuit Judges.

Clarence Davis, a California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his serious medical needs. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

2004), and we affirm.

The district court properly granted summary judgment because Davis failed to raise a genuine dispute of material fact as to whether defendant was deliberately indifferent in treating his decayed tooth. *See id.* at 1057 (discussing the standard for deliberate indifference and explaining that mere negligence does not give rise to an Eighth Amendment violation).

**AFFIRMED.**